# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL ALCALA FARIAS, | ) | 1:09-cv-01267 LJO GSA |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| GEICO, | ) ) | (Document 3) |
| Defendant. | ) ) | |
| _____ | ) | |

        By application filed July 21, 2009, Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted a declaration that makes the showing required by § 1915 (a).  Accordingly, the request to proceed in forma pauperis IS GRANTED.  28 U.S.C. § 1915 (a).

        IT IS SO ORDERED.

   **Dated:**   __July 24, 2009__                 _____/s/ **Gary S. Austin**_____
                                                            UNITED STATES MAGISTRATE JUDGE

1